IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELVIN L. THOMAS,<br><br>        Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, SCOTT FRAKES, Director, Nebraska Correctional Services; and MICHELL CAPPS, Warden, Nebraska State Penitentiary;<br><br>        Respondents. | 8:18CV531<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on Petitioner's Objection to Respondents' Motion for an Extension of Time. (Filing No. 9.) On February 14, 2019, the court granted Respondents' request for an extension of time (filing no. 7) to submit a response to Petitioner's Motion for Stay and Abeyance (filing no. 6) in conjunction with their motion for summary judgment. Respondents have now filed their motion for summary judgment with supporting brief and state court records (filing nos. 10–12) in accordance with the court's January 10, 2019 progression order (filing no. 4). Accordingly,

    IT IS ORDERED that:

    1.    Petitioner's Objection to Respondents' Motion for Extension of Time (filing no. 9) is denied.

    2.    Petitioner has until **March 28, 2019** to file and serve a brief in opposition to Respondents' motion for summary judgment.

Dated this 26th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge